IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENISE LAQUA BROOKS,<br>     Plaintiff pro se,<br>v.<br>AMERICAN HOME KEY, et al.,<br>     Defendants. | CIVIL ACTION<br>No. 1:15-CV-0414-TWT-WEJ |

**FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on plaintiff's Application to Proceed Without Prepaying Fees or Costs ("IFP Application") [1] pursuant to 28 U.S.C. § 1915(a).

On February 11, 2015, plaintiff pro se, Denise Laqua Brooks, submitted the instant IFP Application under penalty of perjury, asserting that she is unable to pay the $400 filing fee. (IFP Application 1.) Ms. Brooks avers that she had an average monthly income of $1,792.18 during the past twelve months and expects the same amount next month. (Id. at 1-2.) Plaintiff also avers that she has $1,269.22 in monthly expenses, $100 in cash, and $50 in a checking account. (Id. at 2, 4-5.) Plaintiff does not expect any major changes to her monthly income or expenses during the next twelve months. (Id. at 5.)

Pursuant to 28 U.S.C. § 1915, "any court of the United States may authorize the commencement . . . of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit [averring] . . . that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). "When considering a motion filed pursuant to § 1915(a), '[t]he only determination to be made by the court . . . is whether the statements in the affidavit satisfy the requirement of poverty.'" Martinez v. Kristi Kleaners, Inc., 364 F.3d 1305, 1307 (11th Cir. 2004) (per curiam) (quoting Watson v. Ault, 525 F.2d 886, 891 (11th Cir. 1976)). However, the Court has broad discretion to grant or deny an application to proceed IFP. Id. at 1306.

Here, Ms. Brooks expects to have $522.96 of disposable income next month, in addition to the $150.00 she holds in cash and a checking account. Moreover, plaintiff provides no reason why she cannot use those excess funds to pay the $400.00 fee. Accordingly, the undersigned **RECOMMENDS** that the IFP Application [1] be **DENIED**, as plaintiff has sufficient funds at her disposal with which to pay the requisite filing fee.

**SO RECOMMENDED**, this 13th day of February, 2015.


_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE