IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DENISE LAQUA BROOKS,

  Plaintiff,

   v.

AMERICAN HOME KEY, et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-414-TWT

**ORDER**

This is an action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending denying the Plaintiff's Application to Proceed in Forma Pauperis [1]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Application to Proceed in Forma Pauperis [1] is DENIED.

SO ORDERED, this 9 day of April, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Brooks\r&r.wpd